**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALICE R. COYLE, M.D.,** : | **CIVIL ACTION NO. 3:02-CV-0602** |
| : | |
| **Plaintiff** : | **(Judge Conner)** |
| : | |
| v. : | |
| : | |
| **GEISINGER HEALTH SYSTEM** : | |
| **and GEISINGER CLINIC,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 31st day of August, 2005, upon consideration of the of the cross-motions in limine (Docs. 157, 158, 159, 160, 161, 162, 163, 164, 165, 167, 168, 169, 170, 183, 185, 186, 187, 189, 191, 193, 195, 197, 199, 201, 203), and following a pre-trial conference during which counsel for the parties stipulated to the withdrawal of certain motions, see FED. R. CIV. P. 16, it is hereby ORDERED that the following motions in limine are deemed WITHDRAWN: plaintiff's motion to permit the use of demonstrative trial exhibits (Doc. 157), plaintiff's motion to exclude evidence that plaintiff engaged in unprofessional behavior during employment (Doc. 160), plaintiff's motion to exclude evidence that plaintiff engaged in unprofessional behavior following employment (Doc. 161), plaintiff's motion to exclude evidence that plaintiff is involved in a third-party lawsuit (Doc. 162), plaintiff's motion to exclude evidence relating to the affirmative defense of reasonable care (Doc. 163), plaintiff's motion to exclude evidence relating to medical malpractice cases involving plaintiff (Doc. 164), plaintiff's motion to exclude testimony by a certain

witness (Doc. 165), plaintiff's motion to exclude evidence that compensation of physicians is affected by seniority (Doc. 169), plaintiff's motion to exclude evidence relating to a certain salary formula (Doc. 170), defendants' motion to exclude evidence of representations to plaintiff relating to her compensation (Doc. 183).

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge