# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALICE R. COYLE, M.D.,** | : | **CIVIL ACTION NO. 3:02-CV-0602** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **GEISINGER HEALTH SYSTEM and GEISINGER CLINIC,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 1st day of September, 2005, upon consideration of defendants' omnibus motion in limine (Doc. 159), and following a pre-trial conference during which counsel for the parties stipulated to the withdrawal of the section of the motion requesting exclusion of evidence relating to plaintiff's alleged entitlement to emotional distress or other compensatory damages, see FED. R. CIV. P. 16, it is hereby ORDERED that said section of the motion (Doc. 159) is deemed WITHDRAWN.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge