# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALICE R. COYLE, M.D.,** : | **CIVIL ACTION NO. 3:02-CV-0602** |
| **Plaintiff** : | **(Judge Conner)** |
| **v.** : | |
| **GEISINGER HEALTH SYSTEM** : | |
| **and GEISINGER CLINIC,** : | |
| **Defendants** : | |

## ORDER

AND NOW, this 21st day of September, 2005, upon consideration of plaintiff's motion for reconsideration/clarification (Doc. 235) of the court order of August 31, 2005 (Doc. 231) defining the scope of plaintiff's claims to be presented to the jury and of defendants' renewed motion for summary judgment (Doc. 237), and it appearing that defendants' renewed motion for summary judgment depends on the court's definition of the scope of plaintiff's claims (see Doc. 238), it is hereby ORDERED that the briefing schedule for defendants' renewed motion for summary judgment (Doc. 237) is STAYED pending final disposition of plaintiff's motion for reconsideration (Doc. 235).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge